Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Frederick E. Dickerson* for appellants. No appearance for appellees.

No. 366.   DIVEN, EXECUTOR, ET AL. *v.* SIELING.   Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The motion to dismiss is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. George W. Sutton* for appellants. *Mr. Richard E. Preece* for appellee.

No. 404. AKER *v.* AKER ET AL.   Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The motion to dismiss is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. J. M. Lampert* for appellant. No appearance for appellees.